MARCO SROUR, Appellant, v DWELLING QUEST CORP., Respondent.

Submitted January 3, 2005; decided January 11, 2005

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the appeal taken as of right to the

Court of Appeals pursuant to CPLR 5601 (a) does not lie in this action originating in Civil Court.